# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN R. HUTCHINSON, JR.,**

        **Plaintiff,**

**v.**                                           **Case No:   6:15-cv-704-Orl-22KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Complaint seeking review of the final decision of the Commissioner of Social Security denying Plaintiff's claim for social security benefits (Doc. No. 1).

The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be reversed and that the case be remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed July 18, 2016 (Doc. No. 21), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The final decision of the Commissioner is hereby REVERSED pursuant to sentence four of §405(g), and the case is REMANDED for further proceedings. The Clerk is directed to enter judgment, accordingly.

3.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 3, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record